UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANTZEN VERASTIQUE, DONDI MORSE, PARKER NEVILLS, YOLANDA DOBBINS, DABI BAKER, and MAGGIE LITTLE<br><br>Plaintiffs,<br>v.<br><br>CITY OF DALLAS, DALLAS COUNTY, DALLAS COUNTY SHERIFF'S OFFICE, and ROGER A. RUDLOFF, RUSSELL BARRETT, CHINH WELTMAN, DAVID PILLAR, and THOMAS HOFFMAN individually and in their official capacities as Dallas Police Department Officers.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 3:22-cv-1182<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is given that the Plaintiffs JANTZEN VERASTIQUE, DONDI MORSE, PARKER NEVILLS, YOLANDA DOBBINS, DABI BAKER, and MAGGIE LITTLE hereby appeal to the Fifth Circuit Court of Appeals the March 20, 2023 Orders (Dkt. No. 35; 36) and March 22, 2023 Amended Rule 54(b) Judgment (Dkt No. 38) issued by the Northern District of Texas Dallas Division Court granting Defendants CITY OF DALLAS, DALLAS COUNTY, and DALLAS COUNTY SHERIFF'S OFFICE's Motions to Dismiss, thereby dismissing Plaintiff's claims against the Defendants with prejudice.

Dated: April 14, 2022

Respectfully submitted,

*/s/ David W. Henderson*
David W. Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
J. Sebastian Van Coevorden
Texas State Bar No. 24128101
svancoevorden@equalrights.law
**ELLWANGER HENDERSON LLLP**
400 S. Zang Blvd. Ste. 600
Dallas, TX 75208
Telephone: (469) 998-6775
Facsimile: (469) 998-6775

***COUNSEL FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

This is to certify that on April 14, 2023, a true and accurate copy of the foregoing document was served on counsel of record through the Court's ECF system.

_/s/ David W. Henderson_
David W. Henderson